IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION **1:08CV2909**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE **JUDGE BOYKO** |
| | ) | |
| v. | ) | |
| | ) | |
| $75,000.00 IN U.S. CURRENCY, | ) | |
| | ) | ORDER FOR |
| Defendant. | ) | PUBLICATION OF NOTICE |

Now on this __15th__ day of __December__, 2008, it
appearing to the Court that the defendant property, to wit:
$75,000.00 in U.S. Currency, is the defendant in an in rem action
for breach of the laws of the United States relating to property
acquired and/or used in violation of 21 U.S.C. § 841(a), in
particular, for the reasons and causes as set forth in the
Complaint in Forfeiture, and that plaintiff has instituted the
in rem action herein and has requested publication of notice
pursuant to Rule G(4) of the Supplemental Rules for Admiralty or
Maritime Claims and Asset Forfeiture Actions;

IT IS THEREFORE ORDERED AND DECREED that publication of
notice, as required by Rule G(4) of the Supplemental Rules for
Admiralty or Maritime Claims and Asset Forfeiture Actions, shall
be on an official internet government forfeiture site,* and shall
*for at least 30 consecutive days,
give persons in interest sixty (60) days from the first day of
publication within which to file a claim, and twenty (20) days,
after filing of the claim, within which to file an answer or a
motion under Rule 12 of the Federal Rules of Civil Procedure.

s/Christopher A. Boyko
**UNITED STATES DISTRICT JUDGE**
December 15, 2008